**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                      CASE NO.: 15-40079-KKS
                                            CHAPTER 13
TANGELA RENA LAWSON

          Debtor          /

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper.  If you OBJECT to the relief requested in this paper, you must file your OBJECTION with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh D. Hart, at P. O. Box 646, Tallahassee, FL 32302.
>
> If you file and serve an OBJECTION within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an OBJECTION within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the pleading, and will proceed to consider the pleading without further notice or hearing, and may grant the relief requested.

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1.   The Debtor(s) filed this Chapter 13 case on

February 13, 2015.

2. The Debtor(s) has a domestic support obligation as defined under 11 U.S.C. §101(14A).

3. The Trustee has noticing responsibilities under 11 U.S.C. §1302(d) to the holder of the support obligation as well as the support enforcement agency.

4. The Chapter 13 Trustee has requested information from Debtor(s) so as to be in compliance with 11 U.S.C. §1302(d), but the Debtor(s) has failed to provide this information.

5. The Debtor(s) has failed to provide the United States Income Tax Returns for the two (2) years proceeding the filing of this case.

6. Sufficient cause exists to dismiss this case.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

TANGELA RENA LAWSON
171 PONDEROSA LANE
MIDWAY, FL 32343

AND

DAVID BRAUN BRAUN
DAVID BRAUN & ASSOCIATES, P.A.
701 EAST OHIO AVE.
DELAND, FL 32724

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

March 13, 2015